**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1371**

VERONICA MOODY JOHNSON; CHRISTOPHER LEE
JOHNSON,

                    Plaintiffs - Appellants,

       versus

CITY OF CHESAPEAKE, VIRGINIA, A Municipal
Corporation, Itself; CITY COUNCIL OF THE CITY
OF CHESAPEAKE, VIRGINIA, in its official
capacity; WILLIAM E. WARD; DALTON S. EDGE;
JOHN A. COSGROVE; JOHN M. DE TRIQUET; ALAN P.
KRASNOFF; DWIGHT M. PARKER; WILLIAM H. PIERCE;
GENE A. WATERS; DEBBIE RITTER, In their
individual and official capacities as members
of the City Council of the City of Chesapeake,
Virginia; PLANNING COMMISSION OF THE CITY OF
CHESAPEAKE, VIRGINIA, In its official
capacity; RODNEY L. FOSTER, In his individual
and official capacity as a member of the
Planning Commission of the City of Chesapeake;
CLIFTON D. CABARRAS, In his official capacity
as a member of the Planning Commission of the
City of Chesapeake, Virginia; EDWARD L. HALL,
In his official capacity as a member of the
Planning Commission of the City of Chesapeake,
Virginia; FRANKIE W. CARROLL; BRYAN L.
COLLINS; SANNY S. DAVENPORT; LARRY W. RADFORD;
GLADYS A. WILFORE; THOMAS T. WINBORNE, In
their individual and official capacities as
members of the Planning Commission of the City
of Chesapeake, Virginia,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Jerome B. Friedman, District Judge.  (CA-99-736-2)

Submitted:  October 23, 2002          Decided:  November 7, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Veronica Moody Johnson, Christopher Lee Johnson, Appellants Pro Se. Thomas Jeffrey Salb, Darlene Paige Bradberry, BREEDEN, SALB, BEASLEY & DUVALL, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Veronica Moody Johnson and Christopher Lee Johnson appeal the district court's orders: (1) granting the Defendants' motion to dismiss in part; and (2) granting the Defendants' motion for summary judgment and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Johnson v. City of Chesapeake, No. CA-99-736-2 (E.D. Va. Aug. 10, 2001 & March 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED